E-FILED
Monday, 06 May, 2019 01:24:59 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED
MAY - 6 2019
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Tyrone Morris

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County Department
of Corrections, Tom Dart,
Officers - S. William 02,
M. Hernandez 02, V. Carton

Case No: 19-1157
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

  X   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
      U.S. Code (state, county, or municipal defendants)

  ___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
      28 SECTION 1331 U.S. Code (federal defendants)

  ___ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. Plaintiff(s):

A. Name: Tyrone Morris

B. List all aliases: _____

C. Prisoner identification number: Y29048

D. Place of present confinement: Centralia Correctional Center

E. Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Tom Dart
Title: Chief Sheriff
Place of Employment: Cook County Department of Corrections

B. Defendant: S. Williams 02
Title: Sheriff of Cook County
Place of Employment: Cook County Department of Corrections

C. Defendant: M. Hernandez 04
Title: Sheriff of Cook County
Place of Employment: Cook County Department of Corrections

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

　　A. Name of case and docket number: _____
　　　　_____

　　B. Approximate date of filing lawsuit: _____

　　C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
　　　　_____
　　　　_____

　　D. List all defendants: _____
　　　　_____
　　　　_____

　　E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

　　F. Name of judge to whom case was assigned: _____

　　G. Basic claim made: _____
　　　　_____

　　H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
　　　　_____

　　I. Approximate date of disposition: _____

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

IV.     Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On May 25, 2017 I Tyrone Morris was Incarcerated in the Department of Corrections facility of Cook County Jail, and on that Date at Approximately 11:pm while on the Phone, Back Facing all other Inmates, unaware of any of my Surroundings, out of nowhere I was Attacked By another inmate while Being Housed in the Cook County Jail in Division 2 Dorm 2 - U House. The inmate attacked me while I was on the Phone And I was struck numerous Times. Leaving me with open Lacerations in the Head & Face, Bleeding and Unconscious unable to remember what Happened. I also suffered from Lost of Memory due to Severe Head trauma, When I finally Regained Consciousness, I was Being Held on a Bench and Sargents and other Officer Asking me what Happened and I keep telling them that I could not Remember what Happened at all, not Even one Bit... After the Questions I was Sent to the Health Unit with a Big Open Gash in the Top of my Head, A Chipped Front Tooth

4

A Sharp cut under my Eye, A Split Top lip, And loss of Memory... The nurses then sent me to Stroger Hospital were I was given A Cat Scan, Staples to the Top of My Head to close the Gash (4 staples) 5 stiches to my top lip to close the split And Bandages for the Cuts under my left Eye. The Inmate that Attacked me I couldn't Remember How He looked due to my loss of memory that moment, But I do Remember informing the officer who had our tier, that I didn't feel comfortable on that wing... I never gave Anyone Any reason to Attack me, also I was only incarcerated for A Probation Violation so I didn't pose A threat to Anyone So there was no reason for Anyone to Attacked me. Later I also learned from other Inmates the Tier officer was not At His/Her post to Protect me... Since the Incident I still suffer from, loss of Memory At Times, My Anxiety level is sky High, depression And severe Head Aches.

V.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plantiff is Seeking Compensatory and Punitive Damages In the Amount of $1,200,000.00 for pain and Suffering Caused By the Defendants Failure to Protect the Plantiff from Harm

VI.   The plaintiff demands that the case be tried by a jury.  ☑ YES   ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this ~~~ 4 day of 30, 20 19

_____
(Signature of plaintiff or plaintiffs)

Tyrone Morris
(Print name)

Y29048
(I.D. Number)

_____
(Address)

6

Revised 9/2007

IN THE
_____

_____

Tyrone Morris )
Plaintiff/Petitioner )
)
Vs. )  No. _____
Tom Dart, S. William O, M. Hernandez )
V. Carter )
Defendant/Respondent )

## PROOF/CERTIFICATE OF SERVICE

TO: United States District Court Central District Of Illinois, 100 E. Monroe Rm 309 Peoria, IL, 61602

TO: _____

PLEASE TAKE NOTICE that on _____, 20___, I placed the attached or enclosed documents in the institutional mail at Centralia Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

DATED: 5-2-19

/s/ Tyrone Morris
NAME: Tyrone Morris
I.D.O.C.#: Y29048
Centralia Correctional Center
P.O. Box: 711
Centralia, IL 62801

Subscribed and sworn to before me this 2 day of May, 20 19

Terry Goodin
Notary Public

OFFICIAL SEAL
TERRY L. GOODIN
Notary Public - State of Illinois
My Commission Expires 8/03/2019



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

CONTROL #: Non-Compliant
INMATE ID #: 0505839

**THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY**

- ☐ Emergency Grievance
- ☐ Grievance
- ☒ Non-Compliant Grievance   Code: 420
- ☒ Cermak Health Services
- ☐ Superintendent
- ☒ Other: I.S. Admin

PRINT - INMATE LAST NAME: Morris
PRINT - FIRST NAME: Tyrone
INMATE BOOKING NUMBER: 20170516113
DIVISION: Div 2 Dorm 2
LIVING UNIT: M House
DATE: June 27, 2017

REQUIRED - DATE OF INCIDENT: June 27, 2017
REQUIRED - TIME OF INCIDENT: 10:00
REQUIRED - SPECIFIC LOCATION OF INCIDENT: Div 2 Dorm 2 M House
REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED:

I was attacked on May 25, 2017 and suffered from major injuries and since then I've been suffering from migrain head aches and Blurred vision. The medical staff here still fail to give me medical Attention from a actual doctor. I need to see a doctor not a nurse.

INMATE SIGNATURE: Tyrone Morris

CRW/PLATOON COUNSELOR (Print): CRW Rawson
SIGNATURE: J. Rawson
DATE CRW/PLATOON COUNSELOR RECEIVED: 6/28/17

1:19-cv-01157-JBM #1 Page 9 of 18



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

CW 200 | CONTROL #: 20170954H | INMATE ID #: 0505839

**THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY**

- [ ] Emergency Grievance
- [x] Grievance
- [ ] Non-Compliant Grievance
- [x] Cermak Health Services
- [ ] Superintendent: _____
- [ ] Other: _____

**PRINT - INMATE LAST NAME:** Morris
**PRINT - FIRST NAME:** Tyrone
**INMATE BOOKING NUMBER:** 20170516113
**DIVISION:** 2 Dorm 2 O-House
**LIVING UNIT:** Dorm 2 O-House
**DATE:** June 15, 2017

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**REQUIRED - DATE OF INCIDENT:** May 25, 2017
**REQUIRED - TIME OF INCIDENT:** 12:00 pm
**REQUIRED - SPECIFIC LOCATION OF INCIDENT:** Div 2 Dorm 2 O-House
**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED:** Don't Know - 1

On 05-25-2017 I was attacked by another detainee which resulted in severe head trauma. The patrol officer failed to protect me for what reason I don't know. The attacked lead to me having staples in my head, stitches in my lip, a chipped tooth and a cut under my eye... Since the incident I've been having migraine headaches and blurred vision, depression, anxiety, and bipolar disorder. Medical staff failed to give me the right assistance. I want medical treatment

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**

**INMATE SIGNATURE:** Tyrone Morris

**CRW/PLATOON COUNSELOR (Print):** CRW Sternal
**SIGNATURE:** M. Sternal
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 6-17-17

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** _____
**SIGNATURE:** _____
**DATE REVIEWED:** _____



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

code 110
CONTROL # 2017x08739
INMATE ID # 050583?

| THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY | (¡Para ser llenado solo por el personal de Inmate Services!) |
|---|---|
| ☒ Emergency Grievance | ☐ Cermak Health Services |
| ☐ Grievance | ☒ Superintendent: Div. 2 Supt. |
| ☐ Non-Compliant Grievance | ☐ Other: |

PRINT - INMATE LAST NAME: Morris
PRINT - FIRST NAME: Tyrone
INMATE BOOKING NUMBER: 2017 0516113
DIVISION: 2
LIVING UNIT: D-2 O-House
DATE: 06-5-17

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, hostigamiento, voyeurismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyeurismo, o abuso, no existe tiempo limite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT | REQUIRED - TIME OF INCIDENT | REQUIRED - SPECIFIC LOCATION OF INCIDENT | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED |
|---|---|---|---|
| 06-25-17 | 11:45 am | Div 2 D2 O-House | N/A |

I was on the phone then I was jumped I had 3 staples in my head 4 in my lip and my tooth chipped and my eye scratched I Hit my head on the Phone and passed out I have blurred vision and migraines

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

INMATE SIGNATURE: Tyrone Morris

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print): CRW Sternal
SIGNATURE: M. Sternal
DATE CRW/PLATOON COUNSELOR RECEIVED: 6-6-17

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): Cmdr Cozzolino
SIGNATURE:
DATE REVIEWED: 6/6/17

(FCN-40a)(AUG 16)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

**CONTROL NUMBER:** 20170 8739
**INMATE #:** 0505839

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME:** Morris
**INMATE FIRST NAME:** Tyrone
**ID Number:** 2017-0516113

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 110 - inmate on inmate (physical)

**IMMEDIATE CRW RESPONSE (if applicable):** Command staff notified. Report is in CCOMS. CIID Notified

**CRW/ REFERRED THIS GRIEVANCE TO:** Div. 2 Supt
**DATE REFERRED:** 6/6/17

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Mr Morris received medical evaluation and treatment in the Div 2 Dorm 2 Dispensary by Nurse Turner at 1740 hrs. An Inter-Agency form completed. Mr. Morris was medically cleared to return to his housing unit. CIID Notified via email.

**PERSONNEL RESPONDING TO GRIEVANCE:** [signature]
**DIV./DEPT.:** D2
**DATE:** 06 Jun 17

**INMATE SIGNATURE:** Tyrone Morris
**DATE RESPONSE WAS RECEIVED:** 6/8/17

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** 6/8/17

**INMATE'S BASIS FOR AN APPEAL:** I want to press charges on inmate

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes ☐ No ☒

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:**
You should speak to CIID at 111, regarding pressing charges

**INMATE SERVICES DIRECTOR/DESIGNEE:** Rozko
**SIGNATURE:** [signature]
**DATE:** 6/13/17

**INMATE SIGNATURE:** Tyrone Morris
**DATE APPEAL RESPONSE WAS RECEIVED:** 6/15/2017

(FCN-40b) (AUG 16)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – C.R.W.)   (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

CW 200

**CONTROL #:** 20170954

**INMATE ID #:** 0505839

### ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !
*(¡ Para ser llenado solo por el personal de Inmate Services !)*

- [ ] Emergency Grievance
- [x] Grievance
- [ ] Non-Compliant Grievance

- [x] Cermak Health Services
- [ ] Superintendent: _____
- [ ] Other: _____

**PRINT - INMATE LAST NAME:** Morris
**PRINT - FIRST NAME:** Tyrone
**INMATE BOOKING NUMBER:** 20170516113
**DIVISION:** 2 Dorm 2 O-House
**LIVING UNIT:** Dorm 2 O-House
**DATE:** June 15, 2017

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
- El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: formulación de reglas del departamento. Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
- El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo limite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
- El asunto de la queja no puede ser una repetición de una queja previamente reciba y la cual ya ha recibo una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El asunto de la queja no puede contener lenguaje ofensivo o amenazante.
- La solicitud de la queja no puede contener más de un asunto.
- El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

**REQUIRED - DATE OF INCIDENT:** May 25, 2017 (not present)
**REQUIRED - TIME OF INCIDENT:** 12:00 pm
**REQUIRED - SPECIFIC LOCATION OF INCIDENT:** Div 2 Dorm 2 U-House
**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED:** Dont know -1

On 05-25-2017 I was Attacked by Another detainee which Resulted in Severe head trauma. The patrol officer failed to protect me for what Reason - I dont know. The Attacked lead to me having staples in my head, stiches in my lip, A chipped tooth and A cut under my eye... Since the incident I've been having migraine headaches and blurred vision, depression, anxiety, and Bipolar disorder. Medical staff failed to give me the right assistance. I went medical treatment

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**

**INMATE SIGNATURE:** Tyrone Morris

### SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** CRW Sternal
**SIGNATURE:** M. Sternal
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 6-17-17

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-40a)(AUG 16)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

**CONTROL NUMBER:** 2017 09544
**INMATE #:** 050583

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME:** Morris
**INMATE FIRST NAME:** Tyrone
**ID Number:** 20170516113

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 200- medical treatment

**IMMEDIATE CRW RESPONSE (if applicable):**

**CRW/ REFERRED THIS GRIEVANCE TO:** Cermak Health Services
**DATE REFERRED:** 6/19/17

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Sent to Urgent Care after altercation + sent to JSH returned 5/26 + seen in Urgent Care with no complaints. Seen 6/13? 6/27. Receiving care 4/29 refused nuclear medicine appt stated will F/U upon discharge.

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Susan Shebel
**SIGNATURE:** Susan Shebel RN
**DATE:** 7/3/17

**INMATE SIGNATURE:** Tyrone Morris
**DATE RESPONSE WAS RECEIVED:** 7/6/17

### INMATE'S REQUEST FOR AN APPEAL

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
*(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** 7/6/17

**INMATE'S BASIS FOR AN APPEAL:**

I never refused anything and I don't know what you guys are talking about.

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes ☐ No ☒

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:**
You are scheduled for Primary Care + can discuss. Response stands.

**INMATE SERVICES DIRECTOR/DESIGNEE:** Susan Shebel
**SIGNATURE:** Susan Shebel RN
**DATE:** 8/11/17

**INMATE SIGNATURE:** Tyrone Morris
**DATE APPEAL RESPONSE WAS RECEIVED:** 8/16/17

(FCN-40b) (AUG 16)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – C.R.W.)    (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

CWS 200

**CONTROL #:** 20170954

**INMATE ID #:** 0505839

[ THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ]   *(¡Para ser llenado sólo por el personal de Inmate Services !)*

- ☐ Emergency Grievance
- ☒ Grievance
- ☐ Non-Compliant Grievance

- ☒ Cermak Health Services
- ☐ Superintendent: _____
- ☐ Other: _____

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* Morris

**PRINT - FIRST NAME** *(Primer Nombre):* Tyrone

**INMATE BOOKING NUMBER** *(# de Identificación del Preso):* 20170516113

**DIVISION** *(División):* 2 Dorm 2 O-House Dorm

**LIVING UNIT** *(Unidad):* O-House

**DATE** *(Fecha):* June 15, 2017

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, harassment, voyeurism, or abuse. If the grievance includes an allegation of sexual assault, harassment, voyeurism, or abuse no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.
- The grieved issue must not contain offensive or harassing language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

*[Spanish version of the above guidelines]*

**REQUIRED - DATE OF INCIDENT** *(Fecha del Incidente):* May 25, 2017 [not present]

**REQUIRED - TIME OF INCIDENT** *(Hora del Incidente):* 12:00pm

**REQUIRED - SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico del Incidente):* Div 2 Dorm 2 U-House

**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** *(Nombre y/o Identificación del Acusado):* Don't Know - ?

On 05-25-2017 I was attacked by another detainee which resulted in severe head trauma. The patrol officer failed to protect me for what reason. I don't know. The attacked lead to me having staples in my head, stiches in my lip, A chipped tooth and a cut under my eye... Since the incident I've been having migraine headaches and blurred vision, depression, anxiety, and bipolar disorder. Medical staff failed to give me the right assistance. I want medical treatment.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE:** *(Firma del Preso):* Tyrone Morris

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** CRW Sterral

**SIGNATURE:** M. Sterral

**DATE CRW/PLATOON COUNSELOR RECIEVED:** 6-17-17

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**SIGNATURE:**

**DATE REVIEWED:**

(PCN-40a)(AUG 16)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## NON-COMPLIANT GRIEVANCE RESPONSE FORM
(Interno no Queja Solicitud Respuesta)

### INMATE INFORMATION

| Field | Value |
|---|---|
| PRINT - INMATE LAST NAME | Morris |
| PRINT - FIRST NAME | Tyrone |
| INMATE BOOKING NUMBER | 20170516113 |
| DIVISION | 2 |
| LIVING UNIT | 2-M |
| INMATE'S GRIEVANCE FORM DATE | 6/27/17 |
| INMATE # (SHORT #) | 0505839 |
| GRIEVANCE CODE | 420 |
| DETERMINED BY C.R.W. | Rawson |

### REASONS FOR GRIEVANCE NON-COMPLIANCE AND/OR ACTION REQUIRED RESPONSE

Your grieved issue is not being processed due to the checked area(s) below. This grieved issue will not be assigned a control #, cannot be appealed and remedies cannot be exhausted

- ☐ The grieved issue is one of the following non-grievable matters: formulation of departmental policies, inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearings officer.
- ☐ The grieved issue did not occur within the last 15 calendar days nor is it an allegation is of sexual assault, harassment, voyeurism, or abuse. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- ☒ The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.
- ☐ The grieved issue is a repeat submission of a grievance that previously received a response and was appealed.
- ☐ The grieved issue is repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days
- ☐ Offensive or harassing language was used
- ☐ The grievance form contains more than one issue.
- ☐ The grievance issue pertains to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.
- ☐ Other reason not listed

### RAZÓN PORQUE LA QUEJA NO ES CONFORME Y/O ACCIÓN REQUERIDA

El asunto quejado no se está procesando por las siguientes razones que están marcadas debajo. El asunto quejado no se le asignará un número de control, no puede ser apelado y los remedios no se pueden agotar.

- ☐ El asunto de la queja es uno de los siguientes temas, que no se consideran quejas formales: Formulación de reglas del departamento, clasificación del detenido incluyendo designación del detenido, tal como riesgo de seguridad o custodia de protección para los detenidos, o decisiones del oficial de audiencias disciplinarias para los detenidos.
- ☐ El asunto de la queja debe haber ocurrido dentro de los 15 días calendario, y no se trata de acoso sexual, hostigamiento, voyerismo, o abuso. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
- ☐ El asunto de la queja no debe ser repetido de una queja que fue sometido dentro los 15 días calendarios.
- ☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta o ya ha sido apelada.
- ☐ El asunto de la queja es una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendario.
- ☐ El asunto de la queja contiene lenguaje ofensivo o amenazante.
- ☐ La solitud de la queja contiene más de un asunto.
- ☐ El asunto de la queja corresponde asuntos no relacionados con la cárcel, tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.
- ☐ Otra razón

The grieved issue has been addressed in Control # 201709544. The grievance is still awaiting response.

| Field | Value |
|---|---|
| NAME OF INDIVIDUAL RESPONDING | CRW Rawson |
| SIGNATURE OF INDIVIDUAL RESPONDING | K. Rawson |
| DATE | 6/29/17 |

### INMATE SIGNATURE

| Field | Value |
|---|---|
| INMATE'S SIGNATURE OF RECEIPT | Tyrone Morris |
| DATE RESPONSE RECEIVED | July 5, 2017 |

(FCN-40c)(AUG 16)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

PRISONER CORRESPONDENCE FORM

Please fill out and return this form along with any other pleading you wish to submit to the court. It is your responsibility to keep the court advised of your current address in order for you to receive orders from the court. Failure to do so may result in dismissal of your case for want of prosecution. Once the Prisoner Correspondent records this information, this form will be destroyed.

PLEASE PRINT

1. Name: Tyrone Morris
   (First)           (Middle)           (Last)
   List Alias Names, if any: None

2. Any Current/Prior Prison ID Number(s): Y29048
   Name of Prison(s): Centralia Correctional Center

3. Jail ID Number(s): 20170516113
   Name of Jail(s): Cook County Department of Corrections

4. Date of Birth: 6-5-86

5. Home Address (Do not use P.O. Box):
   Street Name and Number: 8231 S. Indiana Ave, 60620
   City, State and Zip Code: Chgo, IL

Dear Clerk:

Enclose you will find 3 copies of 1983 forms, I wasn't sure who all to send it to at this point, I'm asking if you would please send the other copies to whom necessary

Please & Thank you



Ont Moyer's Y29818
Box 711
roalia, IL 69801

This Correspondence
Is From An Inmate
Of The IL Dept.
Of Corrections

United States District
Court Central District
Illinois
100 E. Monroe Rm 309
Peoria, IL 61602

LEGAL MAIL